**Mark Ulysses KNIGHTNOR, Plaintiff–Appellant,**

**v.**

**Warden Stephen DOTSON; Chief Selman; Awhp Bealer; CCA; Rufus Flemings, Defendants–Appellees.**

No. 03–6889.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 24, 2003.

Mark Ulysses Knightnor, Appellant Pro Se.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Ulysses Knightnor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Knightnor v. Dotson,* No. CA–03–173–2 (E.D.Va. May 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*